### MARGOLYS et al. v. MOLLENICK.

(Supreme Court, Appellate Term. June 22, 1905.)

ORDER OPENING DEFAULT—APPEALABILITY.

Under the express provisions of Laws 1902, p. 1563, c. 580, § 257, no appeal lies in the first instance from an order opening a default and vacating a judgment entered thereon.

[Ed. Note.—For cases in point, see vol. 2, Cent. Dig. Appeal and Error, §§ 758, 766.]

Appeal from Municipal Court, Borough of Manhattan, Fifth Dis-trict.

Action by Henry Margolys and another against Sarah Mollenick From a judgment for defendant, plaintiffs appeal. Appeal dis-missed.

Argued before SCOTT, P. J., and DUGRO and MacLEAN, JJ.

C. Soble, for appellants.
C. Klein, for respondent.

PER CURIAM. Unusual, or, rather, extraordinary in the sense of being contrary to the Code and rules regulating procedure, as is granting a motion to open a default already denied by one justice and brought without leave before another upon similar and insuf-ficient papers at best, this court may not entertain this appeal, be-

cause, under the present statute, no appeal may lie in the first instance from an order opening a default and vacating a judgment entered therein. Section 257, p. 1563, c. 580, Laws 1902.

Appeal dismissed, without costs.